ORIGINAL

**FILED**

11/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0425

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0425

JAY DONALD WITKOWSKI,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

NOV 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

---

Before this Court are Jay Donald Witkowski's Motion to Withdraw Guilty Plea and to Dismiss the Charges and the response, filed by the State of Montana.

Witkowski moves this Court to withdraw his guilty plea because he has and is "being denied access to evidence the State used against [him]." He puts forth that he has been denied a copy of the surveillance video from Valley County Jail, the day of the attempted escape in August 2017. He states that he has never seen the video and denial of this "evidence" violates his due process.

The State responds that Witkowski's motion is not properly before this Court. The State points out that, pursuant to § 46-16-105(2), MCA, Witkowski must seek a withdrawal of his guilty plea in the District Court and within one year from when the conviction becomes final. The State adds that his conviction became final on April 23, 2019. The State also summarizes the facts found in the affidavit concerning Witkowski's charges of escape and aggravated kidnapping of a jail employee. The State concludes that Witkowski's motion should be denied without consideration.

We agree with the State. Witkowski's relief is not with this Court and not by this motion. Therefore,

IT IS ORDERED that Witkowski's Motion to Withdraw the Guilty Plea and to Dismiss the Charges is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Jay Donald Witkowski personally.

DATED this 22nd day of November, 2022.

For the Court,

By _____
Chief Justice

2